No. 77–6312.  PEDERSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–6314.  ENRIQUEZ-PALAFOX v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 77–6316.  PARKER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–6319.  MULLHOLAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–6327.  MOORE v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–6334.  SIMPKINS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 77–1108.  ANTAL v. BOYLE ET AL.  C. A. D. C. Cir. Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE POWELL would grant certiorari.

No. 77–1111.  COLORADO v. BRAMLETT.  Sup. Ct. Colo. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 77–1132.  NEW MEXICO EX REL. ENVIRONMENTAL IMPROVEMENT AGENCY v. ALBUQUERQUE PUBLISHING Co.  Sup. Ct. N. M.  Certiorari denied, it appearing that the judgment below rests upon adequate state grounds.

No. 77–1175.  ILLINOIS v. PENDLETON.  App. Ct. Ill., 1st Dist.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied, it appearing that the judgment below rests upon adequate state grounds.